UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Case No. 1:24-cv-01224 (SLS) |

**JOINT STATUS REPORT**

Plaintiff, America First Legal Foundation ("AFL"), and Defendant, the U.S. Department of Education ("Defendant" or "Department"), hereby submit this joint status report pursuant to the Court's Minute Order dated December 4, 2024 in this Freedom of Information Act ("FOIA") case.

AFL filed its complaint on April 25, 2024 (ECF No. 1). The Department answered on June 27, 2024 (ECF No. 9). AFL submitted two FOIA requests to the Department, one on November 6, 2023, seeking information related to pro-Hamas activity on college campuses (Request No. 24-00356-F, and the other on January 2, 2024, seeking information related to student visa holders and terrorist organizations (Request No. 24-00756-F).

As explained in the initial meet and confer statement filed on July 29, 2024 (ECF No. 10), with regard to Request No. 24-00356-F, the Department conducted a search that located 23,100 potentially responsive records (not pages). Potentially responsive records were identified for six program offices: The Office of the Secretary ("OS"), Office of the Deputy Secretary ("ODS"), Office of the Undersecretary ("OUS"), Office of Civil Rights ("OCR"), Office of Legislation and Congressional Affairs ("OLCA"), and the Office of General Counsel ("OGC"). The foregoing

program offices are conducting a responsiveness review and then will proceed to redacting any material exempt under FOIA. AFL agreed to allow the Department to exclude news blasts from the universe of potentially responsive records.

Pursuant to the Court's July 29, 2024 Minute Order, the Department made its first production on August 30, 2024. The Department processed 493 pages and produced 465. 28 pages were reserved for consultation with other agencies. This production contained records responsive to both requests, 24-00756-F and 24-00356-F.

The Department has made the following productions subsequent to the last joint status report dated 12/2/24 (ECF No. 13): The fourth production was issued on December 13, 2024. The Department processed 584 pages. 606 pages were produced. 46 pages had been sent for consultation with other agencies. This production included the records reserved for consultation in the October 31, 2024 production, records deemed responsive to request 24-00356-F. The fifth production was issued on December 30, 2024. The Department processed 515 pages. 424 pages were produced. 112 pages were deemed to be non-responsive. This production included 21 pages reserved for consultation in the December 13, 2024 production, records deemed responsive to request 24-00356-F. The sixth production was issued on January 31, 2025. The Department processed 520 pages. 433 pages were produced. 41 pages had been sent for consultation with other agencies, and 46 pages were deemed to be non-responsive.

The Department will continue processing records at the rate of 500 pages per month as ordered and rolling productions will be made at the end of each month.

The parties propose that the next status report be filed on April 3, 2025.

Dated:  February 3, 2025
        Washington, DC

                                        Respectfully submitted,

/s/ *Jacob Meckler*
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org
*Attorney for Plaintiff*


ED MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____*/s/ Thomas W. Duffey*_____
       THOMAS W. DUFFEY
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2510
       Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*