UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:24-cv-01224 (SLS) |

**JOINT STATUS REPORT**

Plaintiff, America First Legal Foundation ("AFL"), and Defendant, the U.S. Department of Education ("Defendant" or "Department"), hereby submit this joint status report pursuant to the Court's Minute Order dated December 4, 2024 in this Freedom of Information Act ("FOIA") case.

AFL filed its complaint on April 25, 2024 (ECF No. 1). The Department answered on June 27, 2024 (ECF No. 9). AFL submitted two FOIA requests to the Department, one on November 6, 2023, seeking information related to pro-Hamas activity on college campuses (Request No. 24-00356-F, and the other on January 2, 2024, seeking information related to student visa holders and terrorist organizations (Request No. 24-00756-F).

As explained in the initial meet and confer statement filed on July 29, 2024 (ECF No. 10), with regard to Request No. 24-00356-F, the Department conducted a search that located 23,100 potentially responsive records (not pages). Potentially responsive records were identified for six program offices: The Office of the Secretary ("OS"), Office of the Deputy Secretary ("ODS"), Office of the Undersecretary ("OUS"), Office of Civil Rights ("OCR"), Office of Legislation and Congressional Affairs ("OLCA"), and the Office of General Counsel ("OGC"). The foregoing

program offices are conducting a responsiveness review and then will proceed to redacting any material exempt under FOIA. AFL agreed to allow the Department to exclude news blasts from the universe of potentially responsive records.

The Department has made the following production subsequent to the last joint status report dated 2/3/25 (ECF No. 14): On February 28, 2025, the Department processed 650 pages that were deemed responsive to requests 24-00356-F and 24-00756-F. The Department released 631 pages to Plaintiff. Twenty-six pages require consultation with other Federal agencies before a final determination can be made on their release. Seven prior consultations were received and provided to Plaintiff in this response.

The Department has experienced recent severe reductions in force regarding its FOIA operation, and the two prior Agency counsel assigned to this case are no longer with the Agency. The Department will need 30 days within which to reassign this case (and other matters), and gain access to the departed employees' files and emails, and to review the files and organize continued reviews and responses. The Department should be in a position within 60 days to continue processing records at the rate of 500 pages per month as ordered and to continue with rolling productions at the end of each month.

The Department will endeavor to issue the next production by June 3, 2025.

The parties propose that the next status report be filed on June 3, 2025, to update the Court on the status.

Dated: April 3, 2025
      Washington, DC

Respectfully submitted,

/s/ *Jacob Meckler*
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231

Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org
*Attorney for Plaintiff*

ED MARTIN, JR., D.C. Bar #481866
United States Attorney


By: _____*/s/ Thomas W. Duffey*_____
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510
    Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*