UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 1:24-cv-01224 (SLS) |

**JOINT STATUS REPORT**

Plaintiff, America First Legal Foundation ("AFL"), and Defendant, the U.S. Department of Education ("Defendant" or "Department"), hereby submit this joint status report pursuant to the Court's Minute Order dated April 4, 2025 in this Freedom of Information Act ("FOIA") case.

AFL filed its complaint on April 25, 2024 (ECF No. 1). The Department answered on June 27, 2024 (ECF No. 9). AFL submitted two FOIA requests to the Department, one on November 6, 2023, seeking information related to pro-Hamas activity on college campuses (Request No. 24-00356-F, and the other on January 2, 2024, seeking information related to student visa holders and terrorist organizations (Request No. 24-00756-F).

As explained in the initial meet and confer statement filed on July 29, 2024 (ECF No. 10), with regard to Request No. 24-00356-F, the Department conducted a search that located 23,100 potentially responsive records (not pages). Potentially responsive records were identified for six program offices: The Office of the Secretary ("OS"), Office of the Deputy Secretary ("ODS"), Office of the Undersecretary ("OUS"), Office of Civil Rights ("OCR"), Office of Legislation and Congressional Affairs ("OLCA"), and the Office of General Counsel ("OGC"). The foregoing

program offices are conducting a responsiveness review and then will proceed to redacting any material exempt under FOIA. AFL agreed to allow the Department to exclude news blasts from the universe of potentially responsive records.

The Department has made the following production subsequent to the last joint status report dated February 3, 25 (ECF No. 14): On May 15, 2025, the Department processed 563 pages that were deemed responsive to requests 24-00356-F and 24-00756-F. The Department released 533 pages to Plaintiff. Twenty-eight pages require consultation with other Federal agencies before a final determination can be made on their release. Twenty-five pages of prior consultations were received and provided to Plaintiff in this response.

The Department will endeavor to issue the next production by June 27, 2025.

The parties propose that the next status report be filed on August 1, 2025, to update the Court on the status.

Dated: June 2, 2025
Washington, DC

Respectfully submitted,

/s/  *Jacob Meckler*
JACOB MECKLER D.C. Bar #90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org
*Attorney for Plaintiff*

JEANINE FERRRIS PIRRO
United States Attorney

By: _____*/s/ Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530

(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*