UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>   Defendant. | Case No. 1:24-cv-01224 (SLS) |

**JOINT STATUS REPORT**

  Plaintiff, America First Legal Foundation ("AFL"), and Defendant, the U.S. Department of Education ("Defendant" or "Department"), hereby submit this joint status report pursuant to the Court's Minute Order dated August 5, 2025, in this Freedom of Information Act ("FOIA") case. The Court requested in its Minute Order that the parties report: 1) the number of documents that remain to be released or whether that number cannot be calculated yet, and 2) the expected timeline for the release of those documents or the expected timeline for calculating the number of documents that remain to be released. The parties have met and conferred on August 12, 2025 and report to the Court as follows.

  AFL filed its complaint on April 25, 2024 (ECF No. 1). The Department answered on June 27, 2024 (ECF No. 9). AFL submitted two FOIA requests to the Department, one on November 6, 2023, seeking information related to pro-Hamas activity on college campuses (Request No. 24-00356-F), and the other on January 2, 2024, seeking information related to student visa holders and terrorist organizations (Request No. 24-00756-F).

As explained in the initial meet and confer statement filed on July 29, 2024 (ECF No. 10), with regard to Request No. 24-00356-F, the Department conducted an initial search that located 23,100 potentially responsive records (not pages).  The Department thereafter reviewed those records and located 4,753 pages of responsive records to Plaintiff's two requests.

In the last Joint Status Report dated August 2, 2025 (ECF No. 17), it was reported that 127 pages of consults remained outstanding. The Department has made the following production subsequent to that last joint status report:  On August 7, 2025, the Department completed consultations for 14 pages of the consultations that were withheld from its May 15, 2025, response, and those 14 pages have been provided to Plaintiff with information withheld pursuant to Exemption 6.

Out of the 4,753 pages of responsive records, 4,640 pages have been released to the Plaintiff.  Two hundred and six pages were responsive to Request No. 24-00756-F and the response to that request is complete.  Four thousand four hundred and thirty-four pages have been produced in response to Request No. 24-00356-F.  With the last release of 14 pages, 113 pages of consults remain outstanding with one Executive Agency. These would be responsive to Request No. 24-00356-F.  The Department has been in contact with the Agency and has requested that it conclude its review promptly and is hoping to receive a response by the close of business on August 15, 2025.  The Department will then endeavor to release the records by August 29, 2025.  This will be the final release and conclude the Department's production.

The parties propose that the next status report be filed on October 1, 2025, to give the parties a chance to confer and to update the Court on the status.

Dated:  August 12, 2025
        Washington, DC

                Respectfully submitted,

/s/ *William Scolinos*
WILLIAM SCOLINOS (DC Bar No. 90023488)
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(301) 965-0179
William.Scolinos@aflegal.org

*Attorney for Plaintiff*

JEANINE FERRRIS PIRRO
United States Attorney


By:        /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*